**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | 3:13-CR-00255-P |
| v. | § | |
| | § | |
| DAKOTA MICHELLE PEREZ (12) | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**DAKOTA MICHELLE PEREZ ,** by consent, under authority of United States v. Dees, 125

F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a

plea of guilty to the Indictment.  After cautioning and examining **DAKOTA MICHELLE PEREZ**

under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea

was knowledgeable and voluntary and that the offenses charged are supported by an independent

basis in fact containing each of the essential elements of such offense.  I therefore recommend that

the plea of guilty be accepted and that **DAKOTA MICHELLE PEREZ**   be adjudged guilty and

have sentence imposed accordingly.

Date:   March 11, 2014

MAGISTRATE PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).